**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. STEPHEN A. VADEN, JUDGE**

------------------------------------------------------------------

| | |
|---|---|
| **NATURE'S TOUCH FROZEN FOODS (WEST), INC.,** | X : : : |
| **Plaintiff,** | : : |
| *v.* | : No. 20-cv-00131 : |
| **UNITED STATES,** | : : : |
| **Defendant.** | : : X |

------------------------------------------------------------------

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Nature's Touch Frozen Foods (West), Inc., in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered May 26th, 2023 following issuance of Slip Op. 23-82 on the same date.

    Respectfully submitted,

    NEVILLE PETERSON LLP

    /s/ John M. Peterson
      John M. Peterson
      Richard F. O'Neill
      Patrick B. Klein
      One Exchange Plaza
      55 Broadway, Suite 2602
      New York, NY 10006
      (212) 635-2730
      jpeterson@npwny.com

Dated: June 23, 2023