# UNITED STATES COURT OF INTERNATIONAL TRADE

NATURE'S TOUCH FROZEN FOODS (WEST) INC.,

    *Plaintiff,*

v.

UNITED STATES,

    *Defendant.*

Before: Stephen Alexander Vaden, Judge

Court No. 1:20-cv-00131

## ORDER

In consideration of the Motion for Stay of Enforcement of Judgment Pending Appeal, ECF No. 53, filed by Nature's Touch on June 28, 2023; the Response filed by the United States on July 13, 2023, ECF No. 55; the status conference held on July 17, 2023; and in light of the United States's representation that it will take no action to reliquidate the entries at issue in the above-captioned matter until after the conclusion of Nature's Touch's appeal, it is hereby

**ORDERED** that Plaintiff's Motion is **DISMISSED** as moot, there being no current dispute between the parties as to the need for an order staying enforcement of the Court's judgment in Slip Op. 23-82, ECF No. 48.

**SO ORDERED.**

               _____
               Judge Stephen Alexander Vaden

Dated: *July 17, 2023*
  New York, New York