# United States Court of Appeals for the Federal Circuit

---

**NATURE'S TOUCH FROZEN FOODS (WEST) INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2093

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00131-SAV, Judge Stephen A. Vaden.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 9, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 30, 2025
Date

Jarrett B. Perlow
Clerk of Court